UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of the Complaint

of

VERPLANCK FIRE DISTRICT, as Owner of the Firefighting Vessel MARINE I, for Exoneration from or Limitation of Liability

**ORDER**

21-CV-02954 (PMH)

PHILIP M. HALPERN, United States District Judge:

 Plaintiff's Motion for Entry of an Order Approving *Ad Interim* Stipulation for Value, Directing Notice to Issue, and Enjoining Suits and Directing the Filing of Claims (Doc. 5) is DENIED without prejudice to renewal.

 Rule F of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Action provides, in pertinent part, "The plaintiff shall also give security for costs and, if the plaintiff elects to give security, for interest at the rate of 6 percent per annum from the date of the security." The Ad Interim Stipulation for Value filed by Plaintiff does not provide for costs and refers solely to "interest."

 Should Plaintiff renew its application, it shall: (1) file its Proposed Order Approving *Ad Interim* Stipulation for Value as an independent "Proposed Order" event; and (2) file its Proposed Notice of Complaint as a "Notice" event.

 The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 5.

SO ORDERED:

Dated: White Plains, New York
   August 24, 2021

_____
PHILIP M. HALPERN
United States District Judge