**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In the Matter of the Complaint
of
VERPLANCK FIRE DISTRICT, as Owner of the
Firefighting Vessel MARINE I, for Exoneration
from or Limitation of Liability.

21 **CIVIL** 2954 (PMH)

# JUDGMENT

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 17, 2023, Petitioner's motion for summary judgment is GRANTED and Claimant's Claim is DISMISSED with prejudice. The Court GRANTS the petition for exoneration from liability arising from Claimant's Claim and holds that Petitioner is not liable for any of Claimant's losses arising from the August 9, 2020 incident; accordingly, the case is closed.

**Dated:**  New York, New York
August 17, 2023

**RUBY J. KRAJICK**

_____
**Clerk of Court**

**BY:**
_____
**Deputy Clerk**