UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of the Complaint

of

VERPLANCK FIRE DISTRICT, as Owner of the
Firefighting Vessel MARINE 1, for Exoneration
from or Limitation of Liability.

**ORDER**

21-CV-02954 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Mandate of the United States Court of Appeals for the Second Circuit was returned yesterday, which "ORDERED, ADJUDGED and DECREED that the judgment of the district court is VACATED, and the matter is REMANDED for further proceedings not inconsistent with this Court's ruling." (Doc. 46).

Accordingly, the Clerk's Judgment (Doc. 43) is hereby VACATED.

The Court has scheduled a status conference for July 9, 2026 at 12:00 p.m. to be held in-person in Courtroom 520 of the White Plains courthouse.

Further, the parties are directed to submit the materials required under Rules 6(A), 6(B), and 6(D) of the Court's Individual Practices on or before July 21, 2026.

**SO ORDERED:**

Dated:    White Plains, New York
          June 11, 2026

_____
PHILIP M. HALPERN
United States District Judge